

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

———————————————

No. 07-15-00407-CV

———————————————

MEREDITH KATHRYN HIGHSMITH, APPELLANT

V.

CHARLES ROBERT HIGHSMITH, APPELLEE

On Appeal from the 126th District Court
Travis County, Texas
Trial Court No. D-1-FM-15-001072; Honorable Amy Clark Meachum, Presiding

October 17, 2017

## MEMORANDUM OPINION

Before CAMPBELL, PIRTLE and PARKER, JJ.

Pending before this court is the *Unopposed Motion to Refer to Alternative Dispute Resolution and Stay Appeal* of Appellee, Charles Robert Highsmith. By this motion, Appellee seeks to "stay the appeal so that both sides may focus on resolving the case in mediation." Pursuant to Rule 10.1(a)(5) of the Texas Rules of Appellate Procedure, counsel of Appellee has certified that he has conferred with counsel for Appellant, Meredith Kathryn Highsmith, regarding the substance of this motion and she

has indicated that she does not oppose the granting of the requested relief. Pleading alternatively, Appellee requests that the deadline for filing a motion for rehearing be extended.

Because "staying" an appeal without extending the time to file a motion for rehearing is problematic once an opinion and judgment have issued, and because the Seventh Court of Appeals does not customarily refer pending cases to alternate dispute resolution, we construe Appellee's motion as a motion to extend time for filing a motion for rehearing pursuant to Rule 49.8 of the Texas Rules of Appellate Procedure. Furthermore, to expedite our decision, we suspend the formalities of that rule regarding the filing of a motion complying with Rule 10.5(b). *See* TEX. R. APP. P. 2.

As construed, we grant Appellee's motion and extend the time for filing a motion for rehearing until January 16, 2018. Having allowed a sufficient extension of time to allow the parties to reach a mutually satisfactory resolution of the matters in controversy, we deny Appellee's request for referral to alternate dispute resolution.

Per Curiam